IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.      10-cv-01167-WDM-CBS

MILLER INTERNATIONAL, INC.

    Plaintiff,

v.

CLINCH GEAR, LLC, AND
DAN HENDERSON,

    Defendants.
_____

**ORDER**
_____

This matter is before me on Plaintiff's unopposed Motion to Dismiss, Without Prejudice, Plaintiff's Motion for Preliminary Injunction (ECF No. 26). Plaintiff's motion is granted (ECF No. 26) and Plaintiff's Motion for Preliminary Injunction (ECF No. 11) is dismissed without prejudice.

DATED at Denver, Colorado on August 10, 2010

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL