IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-01167-WDM-CBS

MILLER INTERNATIONAL, INC.

      Plaintiff,

v.

CLINCH GEAR, INC, a California corporation,
DAN HENDERSON, individually and in his official capacity as
owner of CLINCH GEAR, INC.,
COLLECTIVE BRANDS, INC., a Delaware for profit corporation,
CLINCH, LLC, a Delaware for profit corporation, and
COLLECTIVE LICENSING INTERNATIONAL, LLC.

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS ORDERED that the parties' Joint Motion to Amend Scheduling Order (*doc. # 58)* is GRANTED and the pretrial deadlines are extended as follows:

- Deadline for depositions for fact witnesses is extended to **January 31, 2011**;
- Deadline for designation of Rule 26(a)(2) AFFIRMATIVE expert disclosures on damages is extended to **December 21, 2010**;
- Deadline for designation of Rule 26(a)(2) REBUTTAL expert disclosures is extended to **February 14, 2011**;
- Discovery deadline is extended to **March 17, 2011**;
- Dispositive motion deadline is extended to **April 14, 2011;** and
- The Final Pretrial Conference is reset to **July 1, 2011, at 9:15 a.m.** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.
- Parties shall submit a proposed Final Pretrial Order no later than **seven (7) days** prior to the date of the conference.

      IT IS FURTHER ORDERED that the court presumes the December 7, 2010, settlement conference will proceed as scheduled absent a formal request (by the parties) to reset.

**DATED:**  November 5, 2010